IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MORENO,<br><br>Debtor.<br><hr>AMAZON.COM SERVICES LLC,<br><br>Garnishee. | Case No. 1:23-MC-00058-EPG<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 1:07-CR-00101-AWI |

The Court, having carefully reviewed the file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on June 27, 2023, is hereby TERMINATED; and

///

///

///

Order Terminating Writ of Garnishment     1

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:  May 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE